In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00076-CV

_____

**STEVEN SMITH, Appellant**

**V.**

**LDC, LLC, Appellee**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-10-10700 CV**

_____

**MEMORANDUM OPINION**

The appellant, Steven Smith, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered May 8, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.